[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 26 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DARIUS MAGEE

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SUPERINTENDENT. MR. CECELIO..
Protective Custody Coordinator MS. CARTER,
Sgt. MR. HINES

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

FILED
10/4/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PH

Judge: ANDREA R. WOOD.
Case No: 19-CV-04086
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:         **AMENDED COMPLAINT**

__✓__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: DARIUS MAGEE
   B. List all aliases: NONE
   C. Prisoner identification number: Current. 2014-0805001
   D. Place of present confinement: Cook County Jail, C.C.D.O.C
   E. Address: P.O. Box 089002 Chicago, Ill. 60608.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Superintendent. Mr. Cerello
      Title: Superintendent of Division 9 of C.C.DOC.
      Place of Employment: Cook County Jail
   B. Defendant: Cordinator of Protective Custody. Ms.
      Title: Cordinator of P.C. Inmates.
      Place of Employment: Cook County Jail
   C. Defendant: Sgt. Mr. Hines
      Title: Sgt. of Div 9 CCDOC
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEFENDENT MS. CARTER. TITLE CORDINATOR OF PROTECTIVE CUSTODY. PLACE OF EMPLOYMENT, DIV 9 C.C.D.O.C, Cook County JAIL.

DEFENDENT Sgt. MR. HINES Sgt. OF DIVISION 9. PLACE OF EMPLOYMENT C.C.D.O.C. Cook County Jail

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: MAGEE VS. PERKINS, CASE# 1:19-CV-04083. DOCUMENT #7.

B. Approximate date of filing lawsuit: 7-11-19.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NO ALIAS, NO CO-PLAINTIFF

D. List all defendants: JAMISE PERKINS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS.

F. Name of judge to whom case was assigned: VIRGINIA M. KENDALL

G. Basic claim made: LEGAL MALPRACTICE + COUNSEL VIOLATED AND PREJUDICED CLIENTS, MR. MAGEE CONSTITUTIONAL AND CIVIL RIGHTS AND VIOLATING HIS FUNDAMENTAL RIGHTS OF DUE PROCESS.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: STILL PENDING

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

OTHER LAWSUITES.

NAME OF CASE AND DOCKET #. MAGEE VS. NOCITA CASE # 1:16-CV-07068 DOCUMENT # 9. DATE OF FILING LAWSUITE 10/7/16. / PLAINTIFF, NO CO-PLAINTIFF'S or ALIAS NAMES. DEFENDANT. JOHN F. NOCITA. SUITE FILED IN, FEDERAL COURT, UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS. JUDGE, JOHN ROBERT BLAKEY. BASIC OF CLAIM, LEGAL MALPRACTICE AND COUNSEL VIOLATED MR. MAGEE'S CONSTITUTIONAL RIGHTS. "CASE DISMISSED" ON AUGUST 10, 16.

NAME OF CASE AND DOCKET # MAGEE VS. SUPERINTENDENT CERELLO, ET AL CASE # 1:19-CV-03873 JUDGE NAME, ANDREA R. WOOD. DATE OF FILING LAW SUITE, MAY OR JUNE OF 2019. PLAINTIFF NO CO-PLAINTIFF'S or ALIAS NAMES. DEFENDANT'S MS CARTER, SUPERINTENDENT MR. CERELLO, Sgt. MR. HINES, Sgt. DURAN, ET. AL. SUITE FILED IN, FEDERAL COURT, UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS. BASIC OF CLAIM. "NO HEAT IN JAIL CELL FOR SEVERAL DAY'S IN THE WINTER TIME," PLAINTIFF SUFFER BACK PAINS, SEVERE ARTHRITIS, SO ON. THIS VIOLATED SEVERAL CIVIL AND CONSTITUTIONAL RIGHTS OF PLAINTIFF. CASE IS STILL PENDING.

NAME OF CASE, DARIUS MAGEE VS. DARRYL HOPE, ET AL. CASE # 19 C 3869 JUDGE JOHN Z. LEE. DATE OF FILING LAWSUITE MAY OR JUNE OF 2019. PLAINTIFF, NO CO-PLAINTIFFS or ALIAS NAMES. DEFENDANT'S DARRYL HOPE ET. AL, MAJOR COLEMAN SUITE FILED IN, FEDERAL COURT, UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS. BASIC OF CLAIM. ILLEGAL ARREST, NO PROBABLE CAUSE, VIOLATING, PLAINTIFF SEVERAL CONSTITUTIONAL AND CIVIL RIGHTS. CASE IS STILL PENDING.

NAME OF CASE, MAGEE VS. OFFICER B. DEVINE, CASE# 1:17 CV 09368 Document #31 FILED 12/18/18 PLAINTIFF, NO ALIAS NAMES, NO CO-PLAINTIFF. DEFENDANT, MR. B. DEVINE. SUITE FILED IN, FEDERAL COURT, UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS. JUDGE NAME, ANDREA R. WOOD. BASIC OF CLAIM, PLAINTIFF FELL DOWN STAIRS, DUE TO A BROKEN PIPE IN STAIR WELL. UNCONSTITUTIONAL LIVING ARRANGEMENTS AND CIVIL RIGHTS. CASE STILL PENDING.

NAME OF CASE, MAGEE VS. SUPERINTENDENT MR. CERELLO ET. AL CASE# 1:19-CV-04086 DOCUMENT# 8. FILED 7/26/19. JUDGE ANDREA R. WOOD BASIC OF CLAIM. BITTEN BY COCKROACHES. SUITE FILED IN, FEDERAL COURT UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS.
CASE STILL PENDING.
SOCIAL WORKER. MS MILLER IS WITNESS OF PEST INFESTATION.
P.G. CORDINATOR MS. CARTER, Sgt. HINES, SUPERINTENDENT CERELLO. THE DAY ROOM CAMERA FOOTAGE COMPELLS THIS. PLUS THE INSECTS SIZE, EVERY DETAINE IN DIVISION + PRIOR GRIEVANCE'S OF VARIOUS EVEN PRIOR SUITES STRENGTHEN'S MAGEE'S LEGAL ARGUMENT OF MITIGATING FACTORS.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:** ROACH BITE FROM INADEQUATE LIVING ARRANGEMENTS.

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

EACH DEFENDANT IN THIS MATTER, Sgt. HINES, MR. CERELLO, MS. CARTER, Protective Custody Cordinator OF DIVISION 9. ALL WERE AWARE OF MY COMPLAINTS through COMPLAINT JAIL LINE. GRIEVANCES, AND ORAL CONVERSATION ON NUMEROUS times KNEW OF THE MATTER OF PLAINTIFF BEING BITTEN BY ROACHES AND EACH DEFENDANT IN THIS MATTER ALL KNOW AND KNEW THAT DIVISION 9 IS INFESTED WITH ROACHES, MICES, NETS, AND OTHER VARMIN. TO CONTINUE to HAVE THIS PROBLEM AND HAVE ONE LIVING IN SUCH AN ENVIRONMENT IS COMPLETELY CRUEL. THE PLAINTIFF RECEIVED MEDICAL ATTENTION 3 times for THIS PROBLEM. SUFFERED FROM HEAD ACHES, HIGH FEVER, NAUSEA, So on. First Bite Division 9 3U, Correctional Officer MS. MICHELLE MAGEE "EXPEDITIOUSLY" Got MS MEDICAL ATTENTION. AFTER VIEWING THE INFECTED BITE ON EAR. DIV 9 2F Sgt. HINES "Got ME MEDICAL ATTENTION" AFTER I CALLED Complaint LINE. AFTER VIEWING THE BITE ON MY CHEST. I ALSO SHOWED Sgt. HINES, THE COCKROACHES I CAPTURED OUT OF MY JAIL CELL IN PLASTIC. (GIGANTIC) MS. CARTER, I SHOWED THE ROACHES to AS WELL AND WHILE SHOWING HER ROACHES IN PLASTIC. SHE NOTICED SEVERAL

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEAD GIGANTIC ROACHES IN OUR CONFERENCE ROOM. NO STAFF AUTHORITY MOVED ME TO BETTER HOUSING OR GAVE PLAINTIFF AN EXPLAINATION FOR NOT MOVING ME OUT OF THIS INFESTED DIVISION THAT SHOULD BE CONDIMED till this PROBLEM IS CORRECTED. FROM THE FIRST BITE THE OTHER TWO (2) WOULD HAVE BEEN PREVENTED.

ONE OCCASSION, 2-7-19. DIV 9 2F. MAGEE GOT MEDICAL ATTENTION. CORRECTIONAL OFFICER JENSON. HE ALSO SEEN THE BITE. FEB. 7, 19 DETAINE PHONE RECORDS REFLECT OF ONE COMPLAINT TO EMERGENCY ASSISTANCE HOTLINE. FEB 7, 19 NURSE CLEANED UP BITE WITH ALCOHOL PADS.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:** Plaintiff, seek relief for compensation in the amount of $75,000.00 from each Defendant in this matter...

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff respectfully request that the Court enter judgments in his favor and against each defendant, Superintendant Mr. Cepello, Sgt. Hines, P.C. Coordinator Ms. Carter for an amount of $75,000.00 in compensatory and punitive damages, plus attorney fees and cost of court fees, and cost under applicable civil rights statues and federal rules.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5TH__ day of __August__, 20__19__

__Darius Magee__
(Signature of plaintiff or plaintiffs)

__Darius Magee__
(Print name)

__2014 0805001__
(I.D. Number)

__P.O. Box 089002__

__Chicago, IL 60608__
(Address)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: MAGEE
**PRINT - FIRST NAME** *(Primer Nombre)*: Darius
**INMATE BOOKING NUMBER**: 2014-0805001
**DIVISION**: 9
**LIVING UNIT**: 2F
**DATE**: FEB 4, 2019

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*[Spanish guidelines]*

NURSE FEB 7, 19 GAVE MICUHOL PADS
PHONE REC FEB 7, 19

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 2-2-19 | 9:30 to 10:00 RUFFLY | Interlock MED Booth | A.M. NURSE DIV 9 Interlock outside of Div 2F |

I TOLD THIS NURSE ON THE ABOVE DATE, AND SHOWED HER A FRESH ROACH BITE ON MY CHEST AND ASK IF I COULD GO TO DISPENSARY TO CLEAN IT UP, ALCOHOL PADS, PEROXIDE, AND ASKED IF I NEEDED ANY MEDICATIONS SUCH AS AMOXICILLIN TO CLEAR ANY INFECTION OUT. I ALSO ASK HER TO DIALOGUE THIS IN COMPUTER. THIS NURSE TOOK NO ACTION AND STATED "FILL OUT A YELLOW FORM". THAT WAS CRUEL. ANYONE WOULD HAVE APPLIED SOME SORT OF FIRST AID EVEN TO CLEAN THIS BITE UP. SHE DID NOTHING!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
C/O Jensen, Medical Forms, Prior Complaints of Medical

**INMATE SIGNATURE:** Darius Magee

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** CRW S. Miller
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 02/06/2019

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16) — (WHITE COPY – INMATE SERVICES) — (YELLOW COPY – CRW/PLATOON COUNSELOR) — (PINK COPY – INMATE)

LETTER OF CONSIDERATION. TO THE COURT.

ON PLAINTIFF, BEHALF. MR. MAGEE REQUEST THIS COURT SEND THE EXHIBITS, SUCH AS GRIEVANCES back to PLAINTIFF, TO RESFORDWARD TO THIS COURT. MAGEE ALSO COMPEL TO THIS COURT, MEDICAL RECORDS FROM C.C.DOC ARE NOT RELEASED TO PRETRIAL DETAINES, INCARCERATED.

MAGEE ALSO POINTS OUT, HE RELIES ON OTHER PRETRIAL DETAINES FOR ASSISTANCE FOR ALL LEGAL DISPUTES. MAGEE IS CURRENTLY HOUSED ON A MENTAL HEALTH HOUSING BUILDING, AND TAKE SEVERAL MEDICATIONS FOR DEPRESSION, INSOMNIA, AND OTHER SERIOUS MENTAL ILLNESSES. AND DOES IN FACT, NEED ASSISTANCE OF COUNSEL. BASED ON THE SWORN ENCLOSED. RECORDS WILL REFLECT THIS AS FACT. PLAINTIFF CANT ENABLE THIS DUE TO JAIL POLICY. THERE ISN'T PROVIDED EQUALITY TO PLAINTIFF, IN THE LEGAL ALLEGATIONS, PLAINTIFF POINTS OUT. PLAINTIFF CANNOT COMPARE TO AN EDUCATED CIVIL LAWYER OR FIRM OF LAWYERS. OR HAS ANY KNOW HOW, THE TOOLS TO FIGHT A LEGAL DISPUTE IN COURT. I.D.O.C SCHOOL RECORDS COMPEL PLAINTIFF IS ILLITERATE. THIS HONORABLE COURT AND PRESIDING JUDGE, HAS APPOINTED COUNSEL TO MAGEE, IN A PRIOR LEGAL DISPUTE. NOTHING HAS CHANGED IN MAGEE'S CONDITION OF VARIOUS INCLUDING, COMPREHENDING HOW TO DO THE ENCLOSED WITHOUT ERROR, ERROR THAT COULD HARM THE MERITORIOUS CLAIM IN THIS MATTER. C.C.D.O.C HAS A RECKLESS DISREGARD TO PROVIDE ADEQUATE LIVING ARRANGEMENTS, FOOD, TEMPETURE, OR EVEN BASIC HUMAN NEED SUCH AS HEAT IN A JAIL CELL. IN ANOTHER LEGAL DISPUTE. COMPELLING, WITNESSES OF EMPLOYEES.

1. TO EMBELLISH THE GIST OF COMPLAINT, "THERE IS PHONE RECORDS ON COMPLAINT LINE" IN DIVISION 9. COMPLAINING OF ROACHES AND RATS, MICE, AND REQUESTING, "MEDICAL ATTENTION". MAGEE OF THE ASSISTANCE IN THIS MATTER, Don't KNOW JUST HOW TO GET THESE RECORDINGS. FOR THE LEGAL SUITE. WITHOUT COUNSEL, MAGEE, AGUES THE MERITORIOUS CLAIM COULD BE DISMISSED. AN ATTORNEY DOES AND WOULD GET ALL PRIOR COMPLAINTS FROM VARIOUS DETAINES.

Plaintiff points out to this Honorable Court. Pickneyville Correctional I.D.O.C School Tabe Test Reflects in "2000" His Reading + Math Scores were at a 1st Grade Level.

The Plaintiff, Respectfully Request another reason, Plaintiff need Grievance's "They are Exhibits" and Compell the Dates. Plaintiff, is also awaiting through F.O.IA in Good Faith. To Retrieve the very first Grievance of Roach Bite in Division 9 3u.

"OFFICIAL SEAL"
C VANCO
Notary Public, State of Illinois
My Commission Expires 12/19/2020

# CERTIFICATE OF SERVICE

I, PLAINTIFF Darius Magee, SWEAR UNDER PENALTY OF PERJURY, PLACED IN THE U.S. MAIL, HERE AT CCDOC ONE AMENDED COMPLAINT TO THE U.S. DISTRICT COURT. NORTHERN, DISTRICT OF ILLINOIS.

ON AUGUST 5, 2019. PLACED IN INSTITUTIONAL MAIL. ALL LEGAL DOCUMENTS IN THE LEGAL MATTER OF MAGEE VS. CERELLO ET AL.

5 DAY 8 MON 19 YR/ Darius Magee

PLAINTIFF COMPEL TO THIS HONORABLE COURT, HIS SECURITY PINN# OF FOUR DIGITS ARE "1998" FOR PRIVACY OF THE ENCLOSED LEGAL DISPUTE.

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF Cook

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of ILLINOIS. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS:
THAT I DID THE LEGAL LAW SUITE AND ANSWERED ALL QUESTIONS TO THE VERY BEST OF MY ABILITY. HOWEVER, I AM NOT AN ATTORNEY AT LAW. THE ENCLOSED PLAINTIFF, REQUESTED MY ASSISTANCE, FOR THE AMENDING OF THE COMPLAINT.

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: Cony York 8-5-19

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 5 DAY OF Aug, 20 19
NOTARY: C. Vanco

"OFFICIAL SEAL"
C VANCO
Notary Public, State of Illinois
My Commission Expires 12/19/2020

United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Name: Darius Magee
ID#: 2014-0805001
Div.: 8RCU Tier: 3E
P.O. Box 089002
Chicago, IL 60608

2019 AUG 26 AM 8:19

08/26/2019-11

LEGAL MAIL